1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| **JESUS A. MORENO,** | C 07-00356 CW (PR) |
| --- | --- |
| Petitioner, | **AMENDED SCHEDULING ORDER** |
| v. | |
| **IVAN CLAY, Active Warden,** | |
| Respondent. | |

Upon motion of respondent and good cause appearing,

IT IS ORDERED that the time for filing an answer to the petition be, and the same is, extended to and including August 22, 2007.  **Petitioner shall file his traverse no later than thirty (30) days after receiving the answer.**

7/26/07

DATED: _____

_____
CLAUDIA WILKEN
United States District Judge

[Proposed] Scheduling Order - C 07-00356 CW (PR)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JESUS A MORENO,

    Plaintiff,

v.

I D CLAY et al,

    Defendant.

Case Number: CV07-00356 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M. Baskind
State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Jesus A. Moreno V-47127
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: July 26, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

[Proposed] Scheduling Order - C 07-00356 CW (PR)

2