IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESUS A. MORENO,

    Petitioner,

  v.

IVAN CLAY,

    Respondent.
                          /

No. 07-00356 CW

ORDER EXTENDING TIME

On July 26, 2007, the Court issued an Amended Scheduling Order extending time for Respondent to answer Petitioner's Petition for Habeas Corpus. The Order gave Petitioner thirty (30) days after receiving Respondent's answer to file his traverse. Respondent filed his answer on August 16, 2007; Petitioner's traverse was due September 17, 2007. Petitioner has not filed his traverse. Accordingly,

IT IS HEREBY ORDERED that Petitioner will have until November 30, 2007, to file a traverse; thereafter, the matter will be deemed submitted.

Dated   10/31/07

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JESUS A MORENO,

        Plaintiff,

  v.

I D CLAY et al,

        Defendant.

Case Number: CV07-00356 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M. Baskind
State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Jesus A. Moreno V-47127
Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: October 31, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2